## Miller v. The State.

APPEAL from St. Clair Circuit Court.

Tried before the Hon. LEROY F. BOX.

J. J. ALTMAN, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was convicted of manslaughter in the second degree. Reversed and remanded.
Opinion by McCLELLAN, J.